UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **DARLENE SEWELL,**<br><br>　　　Plaintiff<br><br>v.<br><br>**BRAWNER BUILDERS, INC.,**<br><br>　　　Defendant | **Case No.  1:17-cv-00827-CCB** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned Counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal rules of Civil Procedure, hereby voluntarily files this Stipulation of Dismissal with Prejudice and stipulate that any and all claims brought or that could have been brought in the above-captioned action be and hereby are **DISMISSED WITH PREJUDICE.**

Respectfully submitted,

| | |
|---|---|
| */s/Gregg E. Viola* | */s/ Scott A. Conwell* |
| Gregg E. Viola (Bar Number 25737) | Scott A. Conwell |
| ECCLESTON & WOLF, P.C. | Conwell Law LLC |
| Baltimore-Washington Law Center | 2368 Northcliff Dr., Suite B |
| 7240 Parkway Drive, 4th Floor | Jarrettsville, MD 21084 |
| Hanover, MD 21076-1378 | 410-451-2707 (phone) |
| (410) 752-7474 (phone) | 410-692-4646 (fax) |
| (410) 752-0611 (fax) | E-mail: scott@conwellusa.com |
| E-mail: viola@ewmd.com | *Attorney for Plaintiff* |
| *Attorney for  Defendant* | |

J:\6A384\Plead\Stip Dis.Doc

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2018, a copy of the foregoing was served via CM-ECF on:

> Scott A. Conwell, Esquire
> Conwell Law LLC
> 2368 Northcliff Dr., Suite B
> Jarrettsville, MD 21084
> scott@conwellusa.com

*/s/Gregg E. Viola*
Gregg E. Viola (Bar Number 25737)