UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

AUG 22 2018

UNITED STATES DISTRICT JUDGE

DARLENE SEWELL,

    Plaintiff

v.

BRAWNER BUILDERS, INC.,

    Defendant

Case No. 1:17-cv-00827-CCB

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned Counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal rules of Civil Procedure, hereby voluntarily files this Stipulation of Dismissal with Prejudice and stipulate that any and all claims brought or that could have been brought in the above-captioned action be and hereby are **DISMISSED WITH PREJUDICE.**

Respectfully submitted,

/s/Gregg E. Viola
Gregg E. Viola (Bar Number 25737)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: viola@ewmd.com
*Attorney for Defendant*

/s/ Scott A. Conwell
Scott A. Conwell
Conwell Law LLC
2368 Northcliff Dr., Suite B
Jarrettsville, MD 21084
410-451-2707 (phone)
410-692-4646 (fax)
E-mail: scott@conwellusa.com
*Attorney for Plaintiff*

Approved
CCB
USDJ 8/22/18

J:\6A384\Plead\Stip Dis.Doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2018, a copy of the foregoing was served via CM-ECF on:

Scott A. Conwell, Esquire
Conwell Law LLC
2368 Northcliff Dr., Suite B
Jarrettsville, MD 21084
scott@conwellusa.com

/s/Gregg E. Viola
Gregg E. Viola (Bar Number 25737)

2